| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE: ANNE Y. SHIELDS                 DATE: 5/8/15
       U.S. MAGISTRATE JUDGE          TIME: 2:00 PM
                                         FTR:3:49-3:50

CASE: **CV 14-4453 (ADS) (AYS)** Leading Edge Novelty, Inc. V. Amazon.com, Inc.

TYPE OF CONFERENCE: Settlement

APPEARANCES:      Plaintiff      <u>Joel B. Rothman</u>

                          Defendant      <u>J. Michael Keyes</u>
                                         <u>Laura Rodgers</u> (In house counsel)

IN ... OFFICE
U.S. DI... E.D.N.Y.
★ MAY 08 2015 ★
LONG ISLAND ...

## THE FOLLOWING RULINGS WERE MADE:

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒    Other: After engaging in settlement negotiations with the court the parties have agreed to settlement of this matter. The particular terms will be drafted and agreed upon by the parties in accord with their agreement reached today. The parties are directed to file a stipulation of discontinuance within thirty days of the date of this order so that this matter may be terminated.

( one closed subject
to the terms of the
Settlement agreement.

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge

s/ Arthur D. Spatt

U.S.D.J.  5/12/15