UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LEADING EDGE NOVELTY, INC.,

                Plaintiff,

-against-

AMAZON.COM, INC., and
WAREHOUSE DEALS, INC.

                Defendants.

-----------------------------------------------------------

2:14-CV-04453(ADS)(AKT)

**ECF CASE**

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned action by Plaintiff Leading Edge Novelty, Inc. against Defendants Amazon.com, Inc. and Warehouse Deals, Inc. are dismissed in their entirety, with prejudice, and with each party to bear their own attorneys' fees and costs.

Dated: June 8, 2015

*Case remains closed. So ordered.*

s/ Arthur D. Spatt

Arthur D. Spatt, USDJ
6/9/15

Respectfully submitted,

K&L GATES LLP

s/ J. Michael Keyes
J. Michael Keyes (*pro hac vice*)
mike.keyes@klgates.com
618 West Riverside Avenue
Suite 300
Spokane, WA 99201
509-624-2100

and